# EXHIBIT E

## Wittenbrink,Lynn

| | |
|---|---|
| **From:** | Wittenbrink,Lynn |
| **Sent:** | Tuesday, March 31, 2015 10:18 AM |
| **To:** | |

**Importance:** High

████ please acknowledge receipt of the attached letter at your first convenience. I am sorry I do not have any address other than your email address.



3-31-15.pdf

Thanks, Lynn Wittenbrink

Lynn D. Wittenbrink
Assistant Attorney General
263 Farmington Ave. MC3803
Farmington, CT 06030
860 679 1654
ƒ 860 679 1997

This email and any files transmitted with it are confidential and are solely for the use of the individual and/or entity to which they are addressed. This communication may contain material protected by the attorney-client, work product and/or peer review protection privilege as well as physician-patient confidentiality. If you are not the intended recipient or the person responsible for delivering this email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited.