# EXHIBIT F

GEORGE JEPSEN
ATTORNEY GENERAL



Office of The Attorney General
**State of Connecticut**

University of Connecticut
Health Center
263 Farmington Avenue
Room LMD48
Farmington, CT 06030-8608

Tel. (860) 679-1114
Fax: (860-679-1997
wittenbrink@uchc.edu

March 31, 2015



VIA EMAIL ONLY

Re:    <u>Tsacoyeanes v. University of Connecticut School of Medicine</u>, 3:13cv1800(VAB)

Dear

      I represent the University of Connecticut School of Medicine ("UConn") in the above-referenced lawsuit in which plaintiff alleges that her dismissal from the University of Connecticut School of Medicine resulted from discrimination against her due to her national origin.

      This lawsuit is presently in the discovery phase. In discovery the parties typically address Interrogatories (written questions) and Requests for Production of Documents to each other. I am writing to you now because plaintiff has subpoenaed UConn to produce a copy of some records related to your medical education. In addition, plaintiff's counsel has indicated that he will be deposing one or more witnesses here at UConn and asking questions related to your academic record as part of the discovery process. I am happy to send you a copy of the subpoena and/or deposition notice upon request. UConn has not identified you to plaintiff, and has indicated through me as counsel that it will object to producing such documents because of the privacy rights recognized by the Family Education and Privacy Rights Act, 20 U.S.C. § 1232g, among other objections.

      Under the law, the Court can order an educational institution to provide the parties to a lawsuit with copies of educational records of a student; however, the Court will consider the privacy interests of the student and whether or not the student whose records are requested objects to the records being produced. Please let me know whether or not you object to UConn producing a copy of your records by stating your position on the enclosed form and sending it by mail, facsimile, or email by April 17, 2015. The Court will consider your position in deciding whether to order UConn to provide plaintiff with a copy of your records. If you wish to file an

objection yourself or through an attorney, the case is pending in federal court in Bridgeport, Connecticut with Judge Victor Bolden.

In the event that the Court orders UConn to provide your records, UConn will request that the Judge permit the records be provided to counsel for the student with your name redacted, prohibit plaintiff from publicizing your records in any fashion and order plaintiff to use such records only for the purpose of the lawsuit and to return all documents at the conclusion of this litigation.

You may return the completed form to me by mail, facsimile or email; my contact information is above. If you have any questions concerning the propriety of my contacting you, or you wish to confirm that I am counsel for the University of Connecticut School or Medicine in this matter, please feel free to contact Dr. Bruce Liang, Interim Dean of the School of Medicine. Also, please feel free to contact me if you have any questions concerning this letter. For convenience, I am providing my cell phone number, which is 860-221-5984. My office number is 860-679-1654.

Very truly yours,

Lynn D. Wittenbrink
Assistant Attorney General

LDW:skp

Enclosure

## RESPONSE FORM

Response to the letter concerning production of student records.

_____ I object to the University of Connecticut School of Medicine producing copies of my student records to plaintiff.

_____ I do not object to the University of Connecticut School of Medicine producing copies of my student records to plaintiff.

_____

Please return this form by April 17, 2015 to:

Lynn D. Wittenbrink
Assistant Attorney General
University of Connecticut School of Medicine
263 Farmington Avenue, MC3803
Farmington, CT 06030-3803
Fax: 860-679-1997
wittenbrink@uchc.edu