# **EXHIBIT G**

## RESPONSE FORM

Response to the letter concerning production of student records.

____✓____ I object to the University of Connecticut School of Medicine producing copies of my student records to plaintiff.

_____ I do not object to the University of Connecticut School of Medicine producing copies of my student records to plaintiff.

Please return this form by April 17, 2015 to:

Lynn D. Wittenbrink
Assistant Attorney General
University of Connecticut School of Medicine
263 Farmington Avenue, MC3803
Farmington, CT 06030-3803
Fax: 860-679-1997
wittenbrink@uchc.edu

RECEIVED
APR 1 4 2015
OFFICE OF THE ATTORNEY GENERAL