UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERICA TSACOYEANES | : | 3:13CV01800(VAB) |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| HEALTH CENTER, UNIVERSITY OF | : | |
| CONNECTICUT SCHOOL OF MEDICINE | : | |
| | : | |
| Defendants | : | June 23, 2015 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Erica Tsacoyeanes, and the defendants, University of Connecticut, University of Connecticut Health Center and University of Connecticut School of Medicine, hereby stipulate to a dismissal of this matter with prejudice and without any award of attorney's fees or costs to any party.

THE PLAINTIFF
Erica Tsacoyeanes

BY: _____
Thomas W. Bucci
Fed. Bar #ct07805
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Email: thomasbucci@earthlink.net

DEFENDANTS
University of Connecticut, University of
Connecticut Health Center, University of
Connecticut School of Medicine

BY: *(signature)*
Lynn D. Wittenbrink
Assistant Attorney General
Fed. Bar #ct08575
Office of the Attorney General
University of Connecticut Health Center
263 Farmington Avenue
Farmington, CT 06070-3803
Tel: (860) 679-1654
Fax: (860) 679-1997
Email: wittenbrink@uchc.edu

## CERTIFICATION

I hereby certify that on _____, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*(signature)*
Thomas W. Bucci
Commissioner of the Superior Court

I hereby certify that on __June 23__, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*(signature)*
Lynn D. Wittenbrink
Commissioner of the Superior Court

2