UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERICA TSACOYEANES, | : | CIVIL NO.  3:13-CV-1800 (WWE) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| HEALTH CENTER; and UNIVERSITY OF | : | |
| CONNECTICUIT SCHOOL OF | : | |
| MEDICINE, | : | |
| Defendants. | : | OCTOBER 29, 2015 |

MOTION FOR RETURN OF BOND

The plaintiff, Erica Tsacoyeanes, in the above-entitled matter respectfully requests that the Court direct the clerk of the court to pay to the plaintiff the cash bond of $500.00 she had placed with the Court at the commencement of these proceedings.

THE PLAINTIFF – ERICA TSACOYEANES


BY:  /s/Thomas W. Bucci
Thomas W. Bucci, Esq.
Federal Bar No. ct07805
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT 06604
Tel. No. (203) 366-3939
Fax No. (203) 337-4588
Email: thomasbucci@earthlink.net

<u>Certificate of Service</u>

I hereby certify that on October 29, 2015, a copy of foregoing *Motion For Return of Bond* was filed electronically and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE PLAINTIFF

BY: /s/Thomas W. Bucci
        Fed Bar # ct07805
        Attorney for Plaintiff
        WILLINGER, WILLINGER & BUCCI, P.C.
        855 Main Street
        Bridgeport, CT  06604
        Tel: 203-366-3939
        Fax: 203-337-4588
        Email: thomasbucci@earthlink.net